Opinion PER CURIAM.

---

# Woodward Iron Co v. Hook, *pro ami.*

APPEAL from Birmingham City Court.
Tried before the Hon. W. W. WILKERSON.

JAMES E. WEBB, for appellant.

GREGG & THORNTON, for appellee.

This was an action brought by the appellee against the appellant, to recover damages for personal injuries sustained by the plaintiff while in the employment of the defendant, which injuries were alleged to have been caused by reason of the defendant's negligence. The plaintiff sued for $20,000 damages, and from a judgment awarding him $3,000 as damages, the defendant appeals.

The judgment is affirmed.

Opinion by McCLELLAN, C. J.